UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-7373 PA (ASx) | Date | November 3, 2026 |
| Title | Adela Sotelo v. ABM Industries, Inc., et al. | | |

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings: Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On September 17, 2025, the Court issued an Order granting a Motion to Compel Arbitration as to the wage and hour claims alleged by plaintiff Adela Sotelo ("Plaintiff") filed by Defendants ABM Industries, Inc. and ABM Industry Groups, LLC ("Defendants"). The Order states, that "[t]he parties shall file a Joint Status Report within fourteen (14) days of the completion of the Wage and Hour Protocol. If the Wage and Hour Protocol is not completed by March 1, 2026, the parties shall file a Joint Status Report beginning on that date and continuing every four months until the arbitration is completed. Failure to file the required joint report may, without further warning, result in dismissal of this action without prejudice." (Docket No. 22.) The parties' third joint status report, which was due no later than November 1, 2026, has not been filed.

The Court therefore orders the parties to show cause in writing on or before November 17, 2026 why this action should not be dismissed for lack of prosecution or failure to comply with the Court's orders. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of the parties' response(s). Failure to timely or adequately respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of this action.

IT IS SO ORDERED.